Filed 4/30/21  P. v. Galloway CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA


| | |
|---|---|
| THE PEOPLE, | D077347 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCN395519) |
| RONALD GALLOWAY, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Blaine K. Bowman, Judge.  Affirmed.

Jay K. Temple, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Ronald Galloway pleaded guilty to robbery (Pen. Code,[1] § 211) and admitted he was on bail at the time of the offense.  Galloway also admitted a strike prior (§ 667, subds. (b)-(i)) and three prison priors (§ 667.5, subd. (b)).

---

[1]    All further statutory references are to the Penal Code.

Several months later, Galloway's counsel advised the court that Galloway wished to withdraw his guilty plea due to ineffective assistance of counsel. The court appointed substitute counsel to review the request to withdraw the guilty plea.

Substitute counsel later advised the court that counsel found no basis to withdraw the guilty plea and that a motion to withdraw would not be filed. The court then relieved substitute counsel and reappointed previous trial counsel.

Galloway was sentenced in the current case and two other cases to a 10-year prison term. Galloway filed a timely notice of appeal, but his request for a certificate of probable cause (§ 1237.5) was denied. Thereafter this court denied a request to order a certificate of probable cause. After review by the Supreme Court, Galloway's request was again denied.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*. We offered Galloway the opportunity to file his own brief on appeal, but he has not responded.

STATEMENT OF FACTS

Galloway pleaded guilty to robbery. He did not challenge the factual basis for his plea in the trial court.

DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified the following issue that was considered in evaluating the potential merits of this appeal.

Whether Galloway can appeal the validity of his guilty plea and the proceedings related to the evaluation of a motion to withdraw his guilty plea.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Galloway on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, Acting P. J.

WE CONCUR:

HALLER, J.

DO, J.

3